Geauga County Bar Association *v.* Taber.

[Cite as Geauga Cty. Bar Assn. *v.* Taber (1990), 50 Ohio St. 3d 226.]

(No. 89-2215—Submitted February 13, 1990—Decided April 25, 1990.)

*Daniel E. Bond* and *David A. McGee,* for relator.

*Timothy J. Taber, pro se.*

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby publicly reprimanded for twice violating DR 6-101(A)(3). Costs taxed to respondent.

*Judgment accordingly.*

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.